UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ELAINE ROSE,** | ) | CASE NO. **18-56213-LRC** |
| | ) | |
| DEBTOR. | ) | |

## CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Melissa J. Davey, Chapter 13 Trustee and objects to confirmation of the Plan and files this motion to dismiss under 11 U.S.C. § 1307(c), for cause, including the following reasons:

1. The Plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1329(c).

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed Confirmation hearing, deny the Confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

Dated: This the ___27___ day of July, 2018.

Respectfully submitted,

/s/
_____
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee

Melissa J. Davey
Standing Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ELAINE ROSE | ) | |
| | ) | CASE NO.: 18-56213-LRC |
| | ) | |
| DEBTOR. | ) | |

18-56213-LRC     **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

ELAINE ROSE
6042 FARMWOOD WAY
MABLETON, GA  30126

DEBTOR(S) ATTORNEY:

SLIPAKOFF & SLOMKA, PC
OVERLOOK III, SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

July 23, 2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450