**IT IS ORDERED as set forth below:**

Date: October 10, 2023

_____

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| ELAINE ROSE, | : | 18-56213 - LRC |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 13 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

**ORDER AND NOTICE OF HEARING FOR DEBTOR TO SHOW CAUSE**
**WHY CASE SHOULD NOT BE CLOSED WITHOUT ENTRY OF DISCHARGE**

The docket reflects that the Chapter 13 Trustee filed a notice of plan completion and final report and accounting (Docket Nos. 32 & 33). The Debtor has failed to file the 11 U.S.C. § 1328 Certificate and the Court is unable to enter a discharge. Accordingly, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** that the Debtor shall appear and show cause why this bankruptcy case **should** not be closed without entry of a discharge on **December 5, 2023** at **9:15 a.m.,** in **Courtroom 1204**, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If the Debtor files all necessary documents prior to the hearing date, the matter shall be removed from the calendar. If all necessary documents are not filed at the time set for hearing, absent further order of the Court, the Clerk is authorized to close this case without the entry of a discharge.

The Clerk is DIRECTED to serve a copy of this Order and Notice upon the Debtor, Counsel for the Debtor, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**